UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DONALD RUSSELL, | : | Hon. Joseph H. Rodriguez |
| Plaintiff, | : | Civil Action No. 17-664 |
| v. | : | ORDER |
| FEDEX GROUND, et al., | : | |
| Defendants. | : | |

This matter having come before the Court on a motion for summary judgment filed by Defendant FedEx Ground Package Systems, Inc. (incorrectly captioned originally as FedEx Ground); and

The Court having considered the parties' submissions and having decided this matter without oral argument pursuant to Federal Rule of Civil Procedure 78(b); and

For the reasons articulated in this Court's accompanying Opinion,

IT IS ORDERED this 20th day of March, 2019 that Defendant's motion for summary judgment [16] is hereby GRANTED.

/s/ Joseph H. Rodriguez
JOSEPH H. RODRIGUEZ
U.S.D.J.

1